**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00531-CV

**JUAN CARLOS FLORES, Appellant**

**V.**

**CHASCO, INC. A/K/A CHASCO INTERIORS, INC., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-14912-H**

## ORDER

Appellant's brief was originally due September 19, 2014. Although granted two extensions and ordered to file the brief no later than November 18, 2014, appellant has yet to file his brief. Accordingly, on our own motion, we **ORDER** appellant to file, no later than December 15, 2014, his brief along with an extension motion reasonably explaining why the brief was not timely filed. *See* TEX. R. APP. P. 38.8(a)(1). We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See id.*, 42.3(b),(c).

/s/    CRAIG STODDART
         JUSTICE